UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

### CASE NO. 14-24140-civ-Scola

ANDRE CHAPMAN, as Personal
Representative of the ESTATE OF
DARREN RAINEY, on behalf of
the Estate, and on behalf of Darren
Rainey's Survivors, Andre Chapman,
Renee Chapman, Deborah Johnson,
Chineaqua Breedlove and Harold Marr,

       Plaintiffs

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, as an Agency of the     **Mediation Report**
State of Florida, CORIZON, LLC, an out-of-
state limited liability corporation doing business
and registered in Florida, ROLAND CLARKE,
CORNELIUS THOMPSON and JERRY
CUMMINGS

       Defendants.
_____/

    Pursuant to Rule 16.2 (f) of the Local Rules of the Southern District of Florida, the undersigned Mediator reports that a Mediation Conference was held in the above-styled case on Wednesday, January 10, 2018. All required parties were present, except Roland Clarke and Cornelius Thompson, who were given permission to absent themselves. The Mediation ended in a **SETTLEMENT** of all claims with all defendants.

                      Respectfully submitted,
                      /s/
                      H.T. Smith, Esq.
                      ht@htsmithpa.com
                      *Mediator*

2655 Lejeune Road<br>
Suite 304<br>
Coral Gables, FL 33134<br>
Office: (305) 324-1845<br>
ht@htsmithpa.com

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 11, 2018, I filed this **Mediation Report** with the Clerk of the Court via the CM/ECF electronic filing system. I further certify that the foregoing document was served on **Milton C. Grimes, Esq.,** Attorney for Plaintiffs at miltgrim@aol.com; **Vicki I. Sarmiento**, **Esq**. Attorney for Plaintiffs at vsarmiento@vis-law.com; **Annette Newman, Esq.,** Attorney for Plaintiffs at annettenewmanesq@gmail.com; **Catherine Sweetser,Esq.,** Attorney for Plaintiffs at csweetser@sshhlaw.com; **Lisa Kuhlman, Esq.,** Attorney for Defendant Florida Department of Corrections at lisa.kuhlman@myfloridalegal.com; **Sheridan Weissenborn, Esq**., Attorney for Defendant Jerry Cummings at sweissenborn@duttonlawgroup.com;; **Gregg Alan Toomey, Esq.,** Attorney for Defendant Corizon, LLC at gat@thetoomeylawfirm.com; **Lourdes Espino Wydler, Esq**., Attorney for Defendants Roland Clarke and Cornelius Thompson at lew@marrerolegal.com; **Oscar E**. **Marrero, Esq.,** Attorney for Defendants Roland Clarke and Cornelius Thompson at oem@marrerolegal.com; **Monica Galindo Stinson, Esq.** Attorney for the Florida Department of Corrections at monica.stinson@myfloridalegal.com

 /s/ H.T. Smith <br>
H.T. Smith<br>
<em>Mediator</em>